IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10CR54-1-RLV-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ANDREW GEIGER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Application[s] for Admission to Practice Pro Hac Vice" (documents ##10-12) of defense counsel John A. Garland, Donald F. Samuel, and Edward T.M. Garland. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: January 5, 2011

David S. Cayer
United States Magistrate Judge