UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CR-54-V

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW GEIGER | ) |
| _____ | ) |

# **ORDER**

**THIS MATTER** is before the Court on the parties' Joint Proposed Peremptory Setting and Scheduling Order ("Joint Motion") (Doc. 20.) which this Court will construe in part as a motion to continue this matter from the May 2, 2011, trial term in the Statesville Division.

The Joint Motion asks for the trial to be peremptorily set for July 18, 2011, with jury selection to occur on the trial date if convenient for the Court. Having carefully considered the Joint Motion, this Court will **DENY** the Joint Motion for a peremptory trial date.

Instead, for the reasons stated in the Joint Motion, the Court finds that there is sufficient cause to continue this matter until the July 11, 2011 trial term. Therefore, the Court will **GRANT** the Joint Motion insofar as it asks for a continuance until the July 11, 2011, trial term in the Statesville Division.

The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(8)(A).

**IT IS, THEREFORE, ORDERED,** that this case is hereby continued to the July 11, 2011, trial term of Court in the Statesville Division. The hearing set for May 2, 2011, is canceled.

The Clerk is direct to certify copies of this Order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation Office.

Signed: April 27, 2011

Richard L. Voorhees
United States District Judge