UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:10CR54-1-V

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| ANDREW GEIGER, | ) |
| Defendant | ) |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 5th day of March, 2012.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE